UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ARRINGTON/ROE & CO., INC.,

    Plaintiff,

  v.

MERRILEE (STEWART) TURNBULL, *et al.*,

    Defendants.

:
:
:

Case No. 2:22-cv-4479
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

In a Report and Recommendation issued on April 14, 2023, the Magistrate Judge recommended that this Court dismiss without prejudice Plaintiff's claims against Defendant Norman L. Fountain Insurance & Assoc., LLC for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 10.) Plaintiff was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id*.) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Plaintiff's claims against Defendant Norman L. Fountain Insurance & Assoc., LLC are **DISMISSED without prejudice**.

    IT IS SO ORDERED.

                                    /s/ Sarah D. Morrison
                                    **SARAH D. MORRISON**
                                    **UNITED STATES DISTRICT JUDGE**